IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK,<br><br>               Plaintiff,<br><br>   v.<br><br>ALBERTSONS COMPANIES, INC. d/b/a<br>JEWEL OSCO,<br><br>               Defendant. | Case No. 1:20-cv-01150 |

**NOTICE OF SETTLEMENT**

     COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Albertsons Companies, Inc. d/b/a Jewel Osco. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

                                                */s/ R. Bruce Carlson*

                                                R. Bruce Carlson
                                                Carlson Lynch, LLP
                                                1133 Penn Avenue, 5th Floor
                                                Pittsburgh, PA 15222
                                                T. (412) 322-9243
                                                bcarlson@carlsonlynch.com

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on August 17, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
     R. Bruce Carlson