IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK,<br><br>    Plaintiff,<br><br> v.<br><br>ALBERTSONS COMPANIES, INC. d/b/a<br>JEWEL OSCO,<br><br>    Defendant. | Case No. 1:20-cv-01150 |

## **STIPULATION OF DISMISSAL**

Plaintiff Starlinda Branick ("Plaintiff") and Defendant New Albertsons LP ("Defendant") (incorrectly named in the caption as "Albertsons Companies, Inc. d/b/a Jewel Osco"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 11, 2020          Respectfully Submitted,

*/s/ R. Bruce Carlson*            */s/ Christina Jaremus*
R. Bruce Carlson              Christina Jaremus
Kelly K. Iverson               cjaremus@seyfarth.com
CARLSON LYNCH, LLP          SEYFARTH SHAW LLP
1133 Penn Avenue, 5th Floor         233 South Wacker Drive
Pittsburgh, PA 15222            Suite 8000
412-322-9243                Chicago, Illinois 60606-6448 Telephone:
bcarlson@carlsonlynch.com         (312) 460-5667
kiverson@carlsonlynch.com         cjaremus@seyfarth.com

*Attorneys for Plaintiff*             *Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on September 11, 2020.

                                                                                                                */s/ R. Bruce Carlson*